THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CEDILLO, ET AL. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-03029 |
| | § | (JURY) |
| PROFESSIONAL TRAFFIC CONTROL, | § | |
| LLC, MOHAMMED F. MOOSANI, | § | |
| AMBER MOOSANI, and ABDUL | § | |
| HAMID ZAKARIA, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

## FINAL AGREED JUDGMENT

In accordance with the agreement between Plaintiffs Juan Cedillo ("Cedillo"), Rogelio Castro ("Castro"), Jose Moreno ("J. Moreno"), Lorenzo Cerda ("Cerda"), and Rogelio Moreno ("R. Moreno") (collectively, the "Plaintiffs") and Defendants Professional Traffic Control, LLC (the "Company"), Mohammed F. Moosani ("Moosani"), Amber Moosani ("A. Moosani"), Abdul Hamid Zakaria ("Zakaria") (collectively, the "Defendants") (collectively, the "Parties"), it is hereby adjudged and:

ORDERED that Plaintiffs Juan Cedillo ("Cedillo"), Rogelio Castro ("Castro"), Jose Moreno ("J. Moreno"), Lorenzo Cerda ("Cerda"), and Rogelio Moreno ("R. Moreno") have judgment against Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the total amount of $37,485.76 payable as set forth below. Specifically, it is hereby:

ORDERED that Plaintiff Juan Cedillo have judgment against

Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the amount of $4,612.50.  It is further;

ORDERED that Plaintiff Rogelio Castro have judgment against Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the amount of $4,670.16.  It is further;

ORDERED that Plaintiff Jose Moreno have judgment against Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the amount of $4,499.53.  It is further;

ORDERED that Plaintiff Lorenzo Cerda have judgment against Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the amount of $4,343.41.  It is further;

ORDERED that Plaintiff Rogelio Moreno have judgment against Defendants Professional Traffic Control, LLC, Mohammed F. Moosani, Amber Moosani, and Abdul Hamid Zakaria, jointly and severally, in the amount of $8,360.16.  It is further;

ORDERED that the amount of $11,000.00 shall be paid to the law firm of Warren & Siurek, L.L.P. as reimbursement for reasonable attorneys' fees and expenses incurred in connection with the Plaintiff's legal representation in the lawsuit.

This is a Final Judgment.

SIGNED: _____, 2016.

                                                                            _____
Hon. Nancy F. Atlas
U.S. District Judge